No. 86–69. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* CONWAY, COMMISSIONER OF MOTOR VEHICLES, ET AL. (two cases); and

1020

No. 86–276. CONWAY, COMMISSIONER OF MOTOR VEHICLES, ET AL. *v.* AMERICAN TRUCKING ASSNS., INC., ET AL. (two cases). Sup. Ct. Vt. Certiorari denied.